Jean Murrell Adams, Esq. (State Bar No. 138458)
Brian A. Gonsalves, Esq., (SBN: 238317)
ADAMS ESQ, A Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA 94612
510-832-6000
510-832-3099 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| D.F., a minor, by and through her Guardian ad Litem; and Robin Evans an individual, | Case No: 2:13-cv-01887 WBS CKD |
| Plaintiffs, | **ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v | |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER APPOINTING GUARDIAN AD LITEM

Petitioner, Robin Evan's Petition for Appointment as Guardian ad Litem of D.F. having been submitted to this Court,

IT IS HEREBY ORDERED that Petitioner's Petition is GRANTED.

IT IS SO ORDERED:

Dated: September 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE