Jean Murrell Adams, Esq. (State Bar No. 138458)
Brian A. Gonsalves, Esq., (SBN: 238317)
ADAMS ESQ, A Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA 94612
510-832-6000
510-832-3099 (fax)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| D.F., a minor, by and through her Guardian ad Litem; and Robin Evans an individual,<br><br>Plaintiffs,<br>v<br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No: 2:13-cv-01887 WBS CKD<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

**ORDER APPOINTING GUARDIAN AD LITEM**

Petitioner, Robin Evan's Petition for Appointment as Guardian ad Litem of D.F. having been submitted to this Court,

IT IS HEREBY ORDERED that Petitioner's Petition is GRANTED.

IT IS SO ORDERED:

Dated:  September 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1