Daniel A. Osher, State Bar # 202740
**LOZANO SMITH**
4 Lower Ragsdale Drive, Suite 200
Monterey, CA 93940-5758
Telephone:     (831) 646-1501
Facsimile:      (831) 646-1801

Attorneys for
Sacramento City Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. F., ET AL.,<br><br>     Plaintiff(s)<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT<br><br>     Defendant(s). | Case No. 2:13-CV-01887-WBS-CKD<br><br>**[PROPOSED] ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

The parties having stipulated to referral to this Court's Voluntary Dispute Resolution Program ("VDRP") and good cause appearing, it is hereby ORDERED:

1.     This matter is assigned to the VDRP Administrator for dispute resolution proceedings consistent with Local Rule 271.

2.     The VDRP process shall take place in February, 2014.  The Neutral shall file confirmation of completion of the VDRP process no later than February 28, 2014.

3.     No modifications or additions to the case management plan are necessary at this time as a result of this referral.

4.     No pretrial activity need be completed before the VDRP session is held, and no pretrial activity need be stayed pending completion of the VDRP session.

Dated:  December 18, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE