1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

                          ----oo0oo----

11

12   D.F., a minor, by and through        NO. CIV. 2:13-1887 WBS CKD
     her Guardian ad Litem; and
13   Robin Evans an individual,

14            Plaintiffs,

15        v.

16   SACRAMENTO CITY UNIFIED
     SCHOOL DISTRICT,
17
              Defendant.
18

19                        ----oo0oo----

20           STATUS (PRETRIAL SCHEDULING) ORDER

21           After reviewing the parties' Joint Status Report, the

22   court hereby vacates the Status (Pretrial Scheduling) Conference

23   scheduled for January 6, 2014, and makes the following findings

24   and orders without needing to consult with the parties any

25   further.

26           I.   SERVICE OF PROCESS

27           The defendant has been served and no further service is

28   permitted without leave of court, good cause having been shown

                                    1

1   under Federal Rule of Civil Procedure 16(b).

2                    II.   JOINDER OF PARTIES/AMENDMENTS

3            No further joinder of parties or amendments to

4   pleadings will be permitted except with leave of court, good

5   cause having been shown under Federal Rule of Civil Procedure

6   16(b).   See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7   (9th Cir. 1992).

8                    III. JURISDICTION/VENUE

9            Jurisdiction is predicated upon federal question

10  jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise

11  under the Individuals with Disabilities Education Act, 20 U.S.C.

12  § 1415 et seq.   Venue is undisputed and is hereby found to be

13  proper.

14             IV. VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP")

15           On December 18, 2013, the court referred this case to

16  VDRP.   Pursuant to the court's order, the VDRP process shall take

17  place in February 2014 and the Neutral shall file a confirmation

18  of completion of the VDRP process no later than February 28,

19  2014.

20                   V.    DISCOVERY

21           The parties agree that this case is not subject to

22  initial disclosures required by Federal Rule of Civil Procedure

23  26(a)(1).

24           The parties shall disclose any experts and produce any

25  reports in accordance with Federal Rule of Civil Procedure

26  26(a)(2) by no later than April 7, 2014.

27           Any discovery, including depositions for preservation

28  of testimony, is left open, save and except that it shall be so

conducted as to be completed by May 1, 2014.  The word

"completed" means that all discovery shall have been conducted so

that all depositions have been taken and any disputes relevant to

discovery shall have been resolved by appropriate order if

necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on

the magistrate judge's calendar in accordance with the local

rules of this court and so that such motions may be heard (and

any resulting orders obeyed) not later than May 1, 2014.

## VI.  MOTION HEARING SCHEDULE

The parties agree that this case can be decided without

a trial on a motion for attorneys' fees by plaintiff.  That

motion and any other motions, except motions for continuances,

temporary restraining orders, or other emergency applications,

shall be filed on or before April 21, 2014.  The motion for

attorneys' fees shall be set for hearing on June 2, 2014, at 2:00

p.m.  Defendant's opposition to that motion shall be filed no

later than May 12, 2014, and plaintiffs' reply shall be filed no

later than May 23, 2014.  Any other motions shall be noticed for

the next available hearing date from the date the motion is

filed.  Counsel are cautioned to refer to the local rules

regarding the requirements for noticing and opposing such motions

on the court's regularly scheduled law and motion calendar.

## VII.  MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this

Scheduling Order may be heard and decided by the assigned

Magistrate Judge.

3

Dated:   January 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4